Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 76.91.74.123, <br><br> Defendant. | Case Number: 8:24-cv-00895-TJH-SP <br><br> Honorable Terry J. Hatter, Jr <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT WITH JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.91.74.123** |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 76.91.74.123 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations (which Plaintiff anticipates will be completed within the next few days), Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  July 23, 2024                          Respectfully submitted,

                                                    By: /s/ *Lincoln D. Bandlow*
                                                    Lincoln D. Bandlow, Esq.
                                                    **Law Offices of Lincoln Bandlow, PC**
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
